UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Oceaneering International AG,

                 Plaintiff,

      - v -

SINTEZNEFTGAS NAMIBIA LTD., a/k/a
SINTEZNEFTGAZ NAMIBIA LTD., a/k/a
SINTEZNEFTEGAZ NAMIBIA LTD., a/k/a
SINTEZNEFTEGAS NAMIBIA LTD., a/k/a
SINTEZ,

                 Defendant.

------------------------------------X

**ORDER**

09 Civ. 5601 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the complaint in this action was filed on June 18, 2009; and

    **WHEREAS** Process of Maritime Attachment and Garnishment was issued against all tangible or intangible property of defendants in the amount of $610,682.78 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Rule B") on June 30, 2009; and

    **WHEREAS** plaintiff filed notice on July 8, 2009 that $240,000.00 had been attached (the "Attached Funds"); and

    **WHEREAS** R.S. Platou Offshore A.S. attached those same funds pursuant to an Order and Writ for Maritime Attachment and

Garnishment pursuant to Rule B, issued by Judge Koeltl in <u>R.S. Platou Offshore AS v. Sintezneftegaz Namibia Ltd.</u>, 09 Civ. 2133 (JGK); and

**WHEREAS** plaintiff and R.S. Platou jointly submitted a proposed Turnover Order and Stipulation to the Court regarding the Attached Funds on October 13, 2009; and

**WHEREAS** this Court ordered on October 14, 2009 that the Attached Funds be deposited to the account of the Clerk of the United States District Court for the Southern District of New York at the United States Treasury; it is hereby

**ORDERED** that this case is dismissed without prejudice, and, upon request of plaintiff, the case will be reopened for the purpose of any necessary proceeding to enforce any judgment or arbitration award rendered in connection with a resolution on the merits of the dispute that is the subject of this action or to enforce any settlement agreement reached by the parties.

Dated: New York, New York
October 15, 2009

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Jeanne-Marie Downey Van Hammen
Betancourt, Van Hammen, Greco & Kenyon LLC
46 Trinity Place
New York, NY 10006